# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THOMAS F. KOVACH, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:17-cv-00861 |
| | ) Judge Trauger |
| NY STATE DIVISION OF VITAL RECORDS, | ) |
| Defendant. | ) |

## O R D E R

On January 18, 2018, the magistrate judge issued a Report and Recommendation (DE #45), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED with prejudice, as this court lacks both subject matter and personal jurisdiction and the plaintiff has failed to state a claim upon which relief can be granted.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 5th day of February 2018.

_____
ALETA A. TRAUGER
U.S. District Judge